713 A.2d 97

**Carol MARASCO, Respondent,**

**v.**

**DOUGLAS NASHTOCK, Petitioner.**

Supreme Court of Pennsylvania.

July 30, 1998.

*ORDER*

PER CURIAM.

AND NOW, this 30th day of July, 1998, the Petition for Allowance of Appeal is GRANTED. The matter is RE-MANDED to the Court of Common Pleas, Mercer County, for further proceedings consistent with this Court's opinions in *Jacobs v. Halloran*, 551 Pa. 350, 710 A.2d 1098 (1998) and *Marino v. Hackman*, 551 Pa. 369, 710 A.2d 1108 (1998).